
**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOSE LUIS MATA-ALVARADO, aka Juan Lopez-Alvarado,<br><br>Petitioner,<br><br>v.<br><br>ERIC H. HOLDER Jr., Attorney General,<br><br>Respondent. | No. 07-74029<br><br>Agency No. A076-709-351<br><br>MEMORANDUM[*] |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 16, 2010[**]

Before:    SCHROEDER, PREGERSON, and RAWLINSON, Circuit Judges.

Jose Luis Mata-Alvarado, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' order dismissing his appeal from an

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

IH/Research

immigration judge's decision granting the government's motion to terminate removal proceedings. We dismiss the petition for review.

Because an order terminating removal proceedings is not an order of removal, we lack jurisdiction over Mata-Alvarado's petition for review. *Alcala v. Holder*, 563 F.3d 1009, 1013 (9th Cir. 2009).

**PETITION FOR REVIEW DISMISSED.**